**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2400
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
d.bradley@mpglaw.com
Attorneys for Defendant, Trans Union LLC

FILED
07 NOV 30 PM 11:44
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM MAHAMOUD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CMRE FINANCIAL SERVICES, INC., a California corporation; TRANS UNION, L.L.C., a limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 07CV 2260 H (WMC)<br><br>**DECLARATION OF DONALD E. BRADLEY IN SUPPORT OF NOTICE OF REMOVAL BY DEFENDANT TRANS UNION LLC**<br><br>[Removed from San Diego Superior Court, Case No. 37-2007-00078698-CU-MC-CTL]<br><br>[Notice of Removal and Notice of Interested Parties filed concurrently herewith]<br><br>Complaint Filed: October 30, 2007 |

I, Donald E. Bradley, declare:

1. I am an attorney at law, admitted to practice before all the Courts of the State of California and before this Court. I am a partner of Musick, Peeler & Garrett LLP, counsel of record for Defendant, Trans Union LLC ("Trans Union"). I am one of the attorneys responsible for the handling of this matter. I know the facts set forth herein of my own personal knowledge and if called as a witness, I would and could testify competently thereto.

560384.1

DECLARATION OF DONALD E. BRADLEY IN SUPPORT OF
NOTICE OF REMOVAL BY DEFENDANT TRANS UNION LLC

2. I make this declaration in support of Trans Union's Notice of Removal. The facts stated in that Notice are true of my own personal knowledge based upon my review of the matters admitted in Plaintiff's Complaint, public records, and confirmations received from legal representatives for the other defendants.

3. On October 30, 2007, an action was commenced against Trans Union in the Superior Court for the County of San Diego, California, entitled Sam Mahamoud v. CMRE Financial Services, Inc., et al., Case Number 37-2007-00078698-CU-MC-CTL. A complete and accurate copy of the Complaint in that action is attached to the Notice of Removal as Exhibit A.

4. The first date on which Trans Union received a copy of the summons and complaint that conferred jurisdiction upon this Court was November 5, 2007. A complete and accurate copy of the summons and notice of service of process is attached collectively to the Notice of Removal as Exhibit B.

5. Based on conversations with counsel, I am informed and believe that defendant, CMRE Financial Services, Inc. ("CMRE"), received a copy of the summons and complaint by mail on November 2, 2007, and has consented to removal. A complete and accurate copy of CMRE's consent is attached to the Notice of Removal as Exhibit C.

6. Based on conversations with counsel, I am informed and believe that defendant, Experian Information Solutions, Inc. ("Experian"), received a copy of the summons and complaint by mail on November 9, 2007, and has consented to removal. A complete and accurate copy of Experian's consent is attached to the Notice of Removal as Exhibit D.

7. A complete and accurate copy of the answer of Trans Union in the State Court action is attached to the Notice of Removal as Exhibit E.

8. On or about November 28, 2007, Experian filed its answer in the State Court action. A complete and accurate copy is attached to the Notice of

Removal as Exhibit F.

9. On or about November 29, 2007, CMRE filed its answer in the State Court action. A complete and accurate copy is attached to the Notice of Removal as Exhibit G.

10. All defendants have consented to the removal of this action from the state court to this Court.

11. To the best of my knowledge, no other proceedings, process, pleadings, orders, or other papers have been filed or served in the state court action.

I declare and affirm under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed this 30th day of November, 2007, at Costa Mesa, California.

_____
Donald E. Bradley

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE

     I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

     On November 30, 2007, I served the foregoing document(s) described as **DECLARATION OF DONALD E. BRADLEY IN SUPPORT OF REMOVAL BY DEFENDANT TRANS UNION LLC** on the interested parties in this action as follows:

     **See Attached List**

☐   **BY PERSONAL DELIVERY.** I delivered such envelope by hand to the offices of the addressee.

☒   **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Costa Mesa, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. I caused the machine to print a transmission record of the transmission. No errors were reported.

☐   **BY FEDERAL EXPRESS.** I caused such envelope to the deposited at the Federal Express office at Costa Mesa, California for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Costa Mesa, California in the ordinary course of business for delivery to the addressee.

☐   **BY ECF.** I caused such documents to be e-filed with the Court which were then served via the ECF filing system.

☐   **BY EMAIL.** I emailed such documents to the addressees at their email addresses on the attached list.

     Executed on November 30, 2007, at Costa Mesa, California.

☒   **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Karen S. Reisner

477004.1

## SERVICE LIST

| | |
|---|---|
| Lilys D. McCoy<br>McCoy Turnage & Robertson APLC<br>5469 Keany Villa Rd., Ste. 206<br>San Diego, CA 92123<br>Phone: 858-300-1900<br>Fax: 858-300-1910<br>ldm@mtrlawfirm.com | Allan E. Anderson<br>Ropers Majeski Kohn & Bentley<br>515 So. Flower St., Ste. 1100<br>Los Angeles, CA 90071<br>Phone: 213-312-2000<br>Fax: 213-312-2001<br>aanderson@rmkb.com |
| Edward S. Chang<br>Jones Day<br>3 Park Plaza, Ste. 1100<br>Irvine, CA 92614<br>Phone: 949-851-3939<br>Fax: 949-553-7539<br>echang@jonesday.com | |

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

477004.1

2