FILED

07 NOV 30 PM 11: 44

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

KNX

BY:                          DEPUTY

1 **MUSICK, PEELER & GARRETT** LLP
ATTORNEYS AT LAW
2 650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2400
3 FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
4 d.bradley@mpglaw.com
Attorneys for Defendant, Trans Union LLC

"*VIA FAX*"

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM MAHAMOUD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CMRE FINANCIAL SERVICES, INC.,<br>a California corporation; TRANS<br>UNION, L.L.C., a limited liability<br>company; EXPERIAN<br>INFORMATION SOLUTIONS, INC.,<br>a corporation; and DOES 1 through<br>100, inclusive,<br><br>Defendants. | Case No. 07 CV 2260 H (WMC)<br><br>**TRANS UNION LLC'S NOTICE OF INTERESTED PARTIES**<br><br>[Removed from San Diego Superior Court, Case No. 37-2007-00078698-CU-MC-CTL]<br><br>[Notice of Removal and Declaration of Donald E. Bradley filed concurrently herewith]<br><br>Complaint Filed: October 30, 2007 |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Defendant, Trans Union LLC ("Trans Union"), hereby files this Notice of Interested Parties. The undersigned counsel for Trans Union certifies that the following listed parties are associated with Trans Union and may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Trans Union is a Delaware limited liability company, wholly owned by Trans Union Corp., a Delaware corporation.

In addition, Trans Union believes that the other parties to this action

560378.1

**TRANS UNION LLC'S NOTICE OF INTERESTED PARTIES**

1  may have a direct, pecuniary interest in the outcome of this case; however, Trans

2  Union lacks sufficient information or belief with regard to whether they have any

3  related entities which may be similarly interested.

4

5  DATED: November 29, 2007          MUSICK, PEELER & GARRETT LLP

6

7  By: _____
          Donald E. Bradley
8          Attorneys for Defendant, Trans Union
           LLC
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2

STATE OF CALIFORNIA
COUNTY OF ORANGE

3

    I am employed in the County of Orange, State of California.  I am over the age of 18 and

4

not a party to the within entitled action; my business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

5

    On November 30, 2007, I served the foregoing document(s) described as **TRANS UNION**

6

**LLC' NOTICE OF INTERESTED PARTIES** on the interested parties in this action as follows:

7

    **See Attached List**

8

☐   **BY PERSONAL DELIVERY.**  I delivered such envelope by hand to the offices of the addressee.

9

☒   **BY MAIL.**  I caused such envelope with postage thereon fully prepaid to be placed in the

10

U.S. Mail at Costa Mesa, California.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be

11

deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business.  I am aware that on motion of

12

the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

13

☐   **BY FACSIMILE TRANSMISSION.**  I caused such document to be transmitted to the

14

addressee(s) facsimile number(s) noted herein.  I caused the machine to print a transmission record of the transmission.  No errors were reported.

15

☐   **BY FEDERAL EXPRESS.**  I caused such envelope to the deposited at the Federal

16

Express office at Costa Mesa, California for guaranteed one/two day delivery with delivery charges prepaid.  I am "readily familiar" with the firm's practice of collection and

17

processing correspondence for delivery by Federal Express delivery service.  Under that practice, it would be deposited with the delivery service on that same day with delivery

18

charges thereon fully prepaid at Costa Mesa, California in the ordinary course of business for delivery to the addressee.

19

☐   **BY ECF.**  I caused such documents to be e-filed with the Court which were then served

20

via the ECF filing system.

21

☐   **BY EMAIL.**  I emailed such documents to the addressees at their email addresses on the

22

attached list.

    Executed on November 30, 2007, at Costa Mesa, California.

23

☒   **(Federal)**  I declare that I am employed in the office of a member of the bar of this Court at

24

whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

25

26

                    Karen S. Reisner

27

28

477004.1

# SERVICE LIST

Lilys D. McCoy
McCoy Turnage & Robertson APLC
5469 Keany Villa Rd., Ste. 206
San Diego, CA 92123
Phone: 858-300-1900
Fax: 858-300-1910
ldm@mtrlawfirm.com

Allan E. Anderson
Ropers Majeski Kohn & Bentley
515 So. Flower St., Ste. 1100
Los Angeles, CA 90071
Phone: 213-312-2000
Fax: 213-312-2001
aanderson@rmkb.com

Edward S. Chang
Jones Day
3 Park Plaza, Ste. 1100
Irvine, CA 92614
Phone: 949-851-3939
Fax: 949-553-7539
echang@jonesday.com