1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10

11  SAM MAHAMOUD,                    ) Case No. 07cv2260-H (WMc)
                                     )
12            Plaintiff,             ) **ORDER RE: CASE MANAGEMENT/**
                                     ) **SETTLEMENT CONFERENCE**
13  v.                               )
                                     )
14  CMRE FINANCIAL SERVICES,         )
                                     )
15            Defendants.            )
                                     )
16  ─────────────────────────────   )

17

18       Due to a conflict in the Court's calendar the Case

19  Management/Settlement Conference currently scheduled for *March 7,*

20  *2008, at 2:00 p.m. is rescheduled to March 13, 2008, at 2:00 p.m.*

21  **All named parties, all counsel, and any other person(s) whose**

22  **authority is required to negotiate and enter into settlement**

23  **shall appear <u>in person at the conference</u>.  <u>Full authority to</u>**

24  **<u>settle means that the individual present at the settlement</u>**

25  **<u>conference has the unfettered discretion and authority to: 1)</u>**

26  **<u>fully explore settlement options and to agree at that time to any</u>**

27  **<u>settlement options; 2) agree at that time to any settlement terms</u>**

28  **<u>acceptable to the parties; 3) change the settlement position of a</u>**

1 | **party; and 4) negotiate monetary awards without being restricted**

2 | **to a specific sum certain**. All other orders of the Court remain

3 | in full force and effect unless otherwise ordered by the Court.

4 |     IT IS SO ORDERED.

5 | DATED:  March 4, 2008

6 |

7 |                                    Hon. William McCurine, Jr.
                                       U.S. Magistrate Judge
8 |                                    United States District Court

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

2