UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM MAHAMOUD, ) | Case No. 07cv2260-H (WMc) |
| ) | |
| Plaintiff, ) | **ORDER RE: CASE MANAGEMENT/** |
| ) | **SETTLEMENT CONFERENCE** |
| v. ) | |
| ) | |
| CMRE FINANCIAL SERVICES, ) | |
| ) | |
| Defendants. ) | |
| ) | |

At the request of counsel, the Case Management/Settlement Conference now scheduled for *March 13, 2008, is <u>rescheduled</u> to April 23, 2008, at 2:00 p.m.* **All named parties, all counsel, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear <u>in person</u> at the conference.** **<u>Full authority to settle means that the individual present at the settlement conference has the unfettered discretion and authority to: 1) fully explore settlement options and to agree at that time to any settlement options; 2) agree at that time to any settlement terms acceptable to the parties; 3) change the settlement position of a party; and 4) negotiate monetary awards</u>**

**without being restricted to a specific sum certain**. All other orders of the Court remain in full force and effect unless otherwise ordered by the Court.

 IT IS SO ORDERED.

DATED: March 6, 2008

*/s/ W. McCurine Jr.*

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court