1  Lilys D. McCoy, SBN 156918
   **MCCOY, TURNAGE & ROBERTSON, APLC**
2  5469 Kearny Villa Road, Suite 206
   San Diego, California 92123
3  Tel: 858-300-1900
   Fax: 858-300-1910
4

5  Attorneys for Plaintiff SAM MAHAMOUD

6

7

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAM MAHAMOUD, an individual, | Case No. 07cv2260-H (WMc) |
| Plaintiff, | Complaint Filed: October 30, 2007 |
| v. | **JOINT MOTION FOR DISMISSAL WITH PREJUDICE BROUGHT BY PLAINTIFF SAM MAHAMOUD, DEFENDANT TRANSUNION, L.L.C. AND DEFENDANT CMRE FINANCIAL SERVICES, INC.** |
| CMRE FINANCIAL SERVICES, INC. a California corporation; TRANS UNION, L.L.C., a limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a corporation; and DOES 1 through 100 inclusive, | |
| Defendants. | |

TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

Plaintiff SAM MAHAMOUD, defendant CMRE FINANCIAL SERVICES, INC. a California corporation, and defendant TRANS UNION, L.L.C., a limited liability company have entirely settled all the claims that plaintiff has brought against defendant CMRE FINANCIAL SERVICES, INC. and defendant TRANS UNION, L.L.C.

//

//

//

1  Accordingly, each of these parties, through their attorneys of record and by this
2  document, jointly move to dismiss CMRE FINANCIAL SERVICES, INC., a California
3  corporation, and defendant TRANS UNION, L.L.C., a limited liability company from this action
4  with prejudice.

5  DATED: July 22, 2008          MCCOY, TURNAGE & ROBERTSON, APLC

7  By:   s/ Lilys D. McCoy
          Attorney for Plaintiff
8         Email: ldm@mtrlaw.com

9  Attorneys for Plaintiff SAM MAHAMOUD

10 DATED: July 22, 2008          MUSICK, PEELER & GARRETT, LLP

12 By:   s/ Donald E. Bradley
          Attorney for Defendant
13        Email: d.bradley@mpglaw.com

14 Attorneys for Defendant TRANSUNION

15 DATED: July 22, 2008          ROPERS, MAJESKI, KOHN & BENTLEY

17 By:   s/ Allan E. Anderson
          Attorney for Defendant
18        Email: aanderson@ropers.com

19 Attorneys for Defendant CMRE FINANCIAL SERVICES, INC.

McCoy, Turnage & Robertson, APLC
5469 Kearny Villa Road, Suite 206
San Diego, California 92123
Tel (858)300-1900 / Fax (858)300-1910

PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is: 5469 Kearny Villa Road, Suite 206, San Diego, California 92123.

On the date shown below, I served the **JOINT MOTION FOR DISMISSAL WITH PREJUDICE BROUGHT BY PLAINTIFF SAM MAHAMOUD, DEFENDANT TRANSUNION, L.L.C. AND DEFENDANT CMRE FINANCIAL SERVICES, INC.** on the interested parties in this action as follows:

Edward S. Chang, Esq.
Jones Day
3 Park Plz #1100
Irvine, CA 92614
Tel:    949-553-7561
echang@jonesday.com

Allan E. Anderson, Esq.
Ropers Majeski Kohn & Bentley
515 S Flower St 11FL
Los Angeles, CA 90071
Tel:    213-312-2000
Fax:   213-312-2-2001
aanderson@ropers.com

Donald E. Bradley
d.bradley@mpglaw.com
Sean A. Kading
s.kading@mpglaw.com
MUSICK, PEELER & GARRETT, LLP
650 Town Center Drive, #1200
Costa Mesa, California 92626-1925
Tel:    714-668-2400
Fax:   714-668-2490

[ ]    (BY MAIL) The document was mailed with postage on the envelope fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]    (BY ELECTRONIC MAIL) I emailed the forgoing document to the emails listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 22, 2008, at San Diego, California.

Lilys D. McCoy