1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM MAHAMOUD, an individual, | Case No. 07cv2260-H (WMc) |
| Plaintiff, | Complaint Filed: October 30, 2007 |
| v. | **ORDER ON JOINT MOTION FOR DISMISSAL WITH PREJUDICE BROUGHT BY PLAINTIFF SAM MAHAMOUD, DEFENDANT TRANSUNION, L.L.C. AND DEFENDANT CMRE FINANCIAL SERVICES, INC.** |
| CMRE FINANCIAL SERVICES, INC. a California corporation; TRANS UNION, L.L.C., a limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a corporation; and DOES 1 through 100 inclusive, | |
| Defendants. | |

The court, having reviewed **the Joint Motion for Dismissal with Prejudice Brought by Plaintiff Sam Mahamoud, Defendant Transunion, L.L.C. and Defendant CMRE Financial Services, Inc.** hereby orders that **Defendant Transunion, L.L.C. and Defendant CMRE Financial Services, Inc.** are dismissed from this action with prejudice.

DATED: August 28, 2008

_____
U.S. DISTRICT COURT JUDGE